COMMON PLEAS COURT

2020 MAR -2 PM 2:23

MIKE PATTERSON
CLERK OF COURTS
LAWRENCE COUNTY

IN THE COURT OF COMMON PLEAS, LAWRENCE COUNTY, OHIO
GENERAL DIVISION

| | | |
|---|---|---|
| LORI L. DONAHOE<br>122 NELSON AVE.<br>SOUTH POINT, OHIO 45680 | * | CASE NO: 20 PI 170 |
| and | * | |
| MURL E. DONAHOE<br>122 NELSON AVE.<br>SOUTH POINT, OHIO 45680 | * | |
| Plaintiffs, | * | |
| Vs. | * | JUDGE |
| WAL-MART STORES INC.<br>C/O STATUTORY AGENT<br>CT CORPORATE SYSTEM<br>1300 EAST 9TH STREET<br>CLEVELAND, OH 44114 | * | COMPLAINT WITH JURY<br>DEMAND ENDORSED HEREON |
| Defendant. | * | |

Now comes Plaintiffs, Lori L. Donahoe and Murl E. Donahoe, by and through the undersigned counsel, and for their Complaint state as follows:

### FIRST CLAIM FOR RELIEF

1. At all times relevant herein, Defendant, Wal-Mart Stores, Inc. was a foreign corporation authorized to do business in the State of Ohio and operated Wal-Mart Store No. 1478 located at 354 Private Drive 288, South Point, Ohio 45680.

THE BLUME
LAW FIRM, LLC
Attorneys at Law
1050 Ohio River Road
heelersburg, OH 45694
740-574-2521
740-574-2687 Fax

2. On or about the 28th day of May, 2018, Plaintiff, Lori L. Donahoe, entered Wal-Mart Store No. 1478, located at 354 Private Drive 288, Lawrence County, Ohio.

3. While shopping at Wal-Mart Store No. 1564, Plaintiff, Lori L. Donahoe slipped on water in the floor, which came from a freezer and/or cooler in the frozen food section.

4. The condition of the floor was unsafe.

5. Defendant's employees knew or should have known about the unsafe condition of the floor.

6. Defendant negligently failed to warn its customers of the unsafe condition of the floor.

7. Defendant Walmart negligently permitted the unsafe condition to exist at the South Point, Wal-Mart.

8. As a direct and proximate result of Defendants' negligence, the Plaintiff, Lori L. Donahoe suffered an injury to her left knee requiring her to undergo surgery thereto and the injuries to her left knee are permanent.

9. As a direct and proximate result of Defendants' negligence, Plaintiff, Lori L. Donahoe has sustained a loss of wages.

10. As a direct and proximate result of Defendants' negligence, Plaintiff, Lori L. Donahoe has been caused to incur pain, suffering and emotional distress and will incur future pain, suffering and emotional distress.

11. As a direct and proximate result of Defendant's negligence, Plaintiff, Lori L. Donahoe has incurred medical bills and expenses in an undetermined amount and will incur future medical bills.

THE BLUME
LAW FIRM, LLC
Attorneys at Law
3050 Ohio River Road
Wheelersburg, OH 45694
740-574-2521
740-574-2687 Fax

## SECOND CLAIM FOR RELIEF

12. Plaintiffs hereby re-allege each and every allegation in Paragraphs one (1) through eleven (11) as though fully rewritten herein.

13. Plaintiff, Murl E. Donahoe, is the husband of Plaintiff, Lori L. Donahoe.

14. As a result of the injuries sustained by his wife, Plaintiff, Murl E. Donahoe has sustained, loss of wages, a loss of consortium and a loss of services of his wife, and was deprived of the society, companionship and assistance of his wife.

15. The damages suffered by Plaintiff, Murl E. Donahoe, are the direct and proximate result of the incident of May 28, 2018 at the Wal-Mart Store No. 1478 located at 354 Private Drive 288, South Point, Ohio 45680.

**WHEREFORE**, Plaintiffs, Lori L. Donahoe and Murl E. Donahoe pray that this Court grant a monetary judgment in excess of Twenty-Five Thousand Dollars ($25,000.00), against Defendant, Wal-Mart Stores, Inc. to reasonably compensate them for injuries and damages alleged herein, in addition to the recovery of Court costs, attorney's fees and interest upon said judgment and any other relief to which Plaintiffs may be entitled in law or in equity.

**Respectfully submitted:**

THE BLUME LAW FIRM, LLC

By: _/s/ Justin R. Blume_
Justin R. Blume (0082105)
**Attorney for Plaintiffs**

THE BLUME
LAW FIRM, LLC
Attorneys at Law
1050 Ohio River Road
Wheelersburg, OH 45694
740-574-2521
740-574-2687 Fax

## JURY DEMAND

Plaintiffs hereby demand that all factual issues contained herein be tried to a jury.

THE BLUME LAW FIRM, LLC

By: _____
Justin R. Blume (0082105)
Attorney for Plaintiffs

## REQUEST TO THE CLERK

Please issue summons together with a certified copy of the foregoing Complaint along with Plaintiffs' First Set of Interrogatories and Request for Production of Documents, upon the Defendant, Wal-Mart Stores, Inc., herein at the address listed in the caption of the Complaint by Certified U.S. Mail, return receipt requested, returnable according to law.

THE BLUME LAW FIRM, LLC

By: _____
Justin R. Blume (0082105)
Attorney for Plaintiffs

THE BLUME
LAW FIRM, LLC
Attorneys at Law
)050 Ohio River Road
heelersburg, OH 45694
740-574-2521
740-574-2687 Fax