**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| LORI L. DONAHOE, et al., | : | Case No. 1:20-cv-00240 |
| | : | |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| WAL-MART STORES, INC., | : | |
| | : | |
| Defendant. | : | |

---

**CONDITIONAL ORDER OF DISMISSAL**

---

The Court has been advised by Magistrate Judge Stephanie K. Bowman that this case has been successfully mediated and settled.

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within thirty (30) days, move to reopen the action if settlement is not consummated.   Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**    UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By:    */s/ Matthew W. McFarland*
          JUDGE MATTHEW W. McFARLAND